IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF MONTANA and CHRISTI JACOBSEN ,<br><br>　　　　　　Defendants. | CV 25-82-M-DWM<br><br><br>ORDER |

　　　Plaintiff Montana Public Interest Research Group having moved unopposed to remand the above-captioned case, (Docs. 8, 14),

　　　IT IS ORDERED that Plaintiff's motion, (Doc. 8), is GRANTED. The above-captioned case is REMANDED to the Montana Fourth Judicial District Court. The Clerk is directed to close the case and file and transfer it to the state court.

　　　DATED this 10th day of July, 2025.

　　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　　United States District Court